IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| PAUL SCHMITZ, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:18-cv-66-BMM |
| v. | ) | |
| | ) | |
| DORRIS GEAR DRIVE, et al, | ) | |
| | ) | ORDER OF DISMISSAL |
| Defendants. | ) | |

The parties have filed a Joint Stipulation of Dismissal (Doc. 15) pursuant to the Federal Rules of Civil Procedure, it is hereby

**IT IS HEREBY ORDERED** that all claims of Plaintiff against Defendants in the above-styled action are hereby dismissed with prejudice, each party to bear its own costs, attorneys' fees, and expenses.

DATED this 24th day of July, 2018.

Brian Morris
United States District Court Judge